Aaron D. Lovaas, Esq.
Nevada Bar No. 5701
FENNEMORE CRAIG, P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

*Attorney for Defendant Trop & Jones LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, a Florida not for Profit Corporation,<br><br>Plaintiff,<br>v.<br><br>TROP & JONES LLC, a Nevada Limited Liability Company, and STMG GROUPS LLC, a Nevada Limited Liability Company,<br><br>Defendant(s). | Case No. 2:26-cv-01612-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiffs John Meggs and Access 4 All (collectively, "Plaintiffs") and Defendant, Trop & Jones LLC ("Trop & Jones" or "Defendant"), by and through their respective counsel of record undersigned, hereby stipulate and agree to an extension of time to submit the Joint Discovery Plan and Scheduling Order.

WHEREAS, Trop & Jones first answered or otherwise appeared in this case via the filing of its Answer to Complaint (ECF No. 9) on July 8, 2026; and

WHEREAS, pursuant to Local Rule ("LR") 26-1, the parties conducted the Rule 26(f) conference on August 13, 2026; and

WHEREAS, pursuant to LR 26-1, the deadline for the parties to submit the Joint Discovery Plan and Scheduling Order is, at the earliest, August 21, 2026, or, at the latest, August 27, 2026; and

WHEREAS, during the conference on August 13, 2026, the parties commenced settlement discussions in earnest, which are continuing; and

WHEREAS, the parties are confident that a brief extension of time to submit the Joint Discovery Plan and Scheduling Order will allow them to resolve this case, resulting in a stipulated dismissal and conserving judicial resources;

NOW THEREFORE, the parties submit that good cause exists to extend the time for the parties to submit the Joint Discovery Plan and Scheduling Order for thirty (30) days, or to and including September 21, 2026.

This stipulation is submitted in good faith and not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated: August 21, 2026.

**IGLODY LAW PLLC**

By: *__/s/ Lee Iglody__*
Lee Iglody, Esq. (NVB #7757)
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 425-5366
Email: lee@iglody.com

**THE MINEO SALCEDO LAW FIRM, P.A.**

By: *__/s/ Julie C. Collange__*
Julie C. Collange, Esq. (FL Bar #123779)
*Pro hac vice*
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Email: Service@mineolaw.com

*Attorneys for Plaintiffs*

Dated: August 21, 2026.

**FENNEMORE CRAIG, P.C.**

By: *__/s/ Aaron D. Lovaas__*
Aaron D. Lovaas, Esq. (NVB #5701)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

*Attorney for Defendant Trop & Jones LLC*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 24, 2026