Aaron D. Lovaas, Esq.
Nevada Bar No. 5701
FENNEMORE CRAIG, P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

*Attorney for Defendant Trop & Jones LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, a Florida not for Profit Corporation,<br><br>Plaintiff,<br>v.<br><br>TROP & JONES LLC, a Nevada Limited Liability Company, and STMG GROUPS LLC, a Nevada Limited Liability Company,<br><br>Defendant(s). | Case No. 2:26-cv-01612-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs John Meggs and Access 4 All (collectively, "Plaintiffs") and Defendant, Trop & Jones LLC ("Trop & Jones" or "Defendant"), by and through their respective counsel of record undersigned, as follows:

1. That this matter and all of Plaintiffs' claims be dismissed, in their entirety, with prejudice, as to Defendant Trop & Jones; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. That each party shall bear its own attorneys' fees and costs incurred herein.

**IT IS SO STIPULATED.**

Dated: September 23, 2026.

**IGLODY LAW PLLC**

By: *_/s/ Lee Iglody_*
Lee Iglody, Esq. (NVB #7757)
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 425-5366
Email: lee@iglody.com

**THE MINEO SALCEDO LAW FIRM, P.A.**

By: *_/s/ Julie C. Collange_*
Julie C. Collange, Esq. (FL Bar #123779)
*Pro hac vice*
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Email: Service@mineolaw.com

*Attorneys for Plaintiffs*

Dated: September 23, 2026.

**FENNEMORE CRAIG, P.C.**

By: *_/s/ Aaron D. Lovaas_*
Aaron D. Lovaas, Esq. (NVB #5701)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com

*Attorney for Defendant Trop & Jones LLC*

IT IS SO ORDERED:

Dated: September 24, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE